**Order entered August 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### IN THE INTEREST OF I.L.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

Before the Court is appellant's July 15, 2013 motion for a free copy of the clerk's record and reporter's record. Appellant initially appealed the trial court's order determining his paternity. This appeal was docketed as appellate cause number 05-13-00696-CV. Because the order left open the issue of conservatorship for later determination, this Court determined there was not an appealable order and dismissed the appeal on July 11, 2013.

On June 5, 2013, the trial court signed a final order that determined the issue of conservatorship. Appellant filed another notice of appeal and the case was docketed as appellate cause number 05-13-00958-CV.

Appellant did not file any post-judgment motion extending the appellate deadline following the trial court's June 5, 2013 order. Accordingly, appellant's notice of appeal was due on July 5, 2013. *See* TEX. R. APP. P. 26.1. An extension of time may be granted if an appellant files a notice of appeal within fifteen days after the deadline and files a motion complying with

rule of appellate procedure 10.5(b).  *See* TEX. R. APP. P. 26.3.  Without a timely filed notice of appeal, this Court lacks jurisdiction.  *See* TEX. R. APP. P. 25.1(b).

Appellant filed his notice of appeal on July 15, 2013.  The notice of appeal was not filed within thirty days after the order was signed.  It was, however, filed within fifteen days of the deadline.  Accordingly, appellant can remedy the timeliness problem by filing, **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**, a motion for extension.  We caution appellant that failure to file an extension motion within the time prescribed may result in dismissal of the appeal for want of jurisdiction without further notice.

On August 1, 2013, the Court received a clerk's record in appellate cause number 05-13-00958-CV.  We **GRANT** appellant's motion for a copy of the record in this appeal.  We **DIRECT** the Clerk of this Court to send appellant a paper copy of the clerk's record and six-volume reporter's record.

Appellant's brief is due **SIXTY DAYS** from the date of this order.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE